2013–0155.   **Andrews v. Nationwide Mut. Ins. Co.**
Cuyahoga App. No. 97891, 2012-Ohio-4935. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Thomas A. Clare, it is ordered by the court that the motion is denied. The motion was not timely filed pursuant to this court's March 15, 2013 order. No further motions for pro hac vice admission may be filed by attorney Thomas A. Clare in this matter.